

# Fourth Court of Appeals

## San Antonio, Texas

December 17, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file his Motion for Rehearing and Motion for Rehearing En Banc is GRANTED. It is ORDERED that appellant's motion is due **on or before December 21, 2021.** No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court